UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SIMON HARRINGTON,**

    **Plaintiff,**   CASE NO.: 8:17-cv-00150-SCB-MAP

v.

**EGS FINANCIAL CARE, INC., f/k/a
NCO FINANCIAL SYSTEMS, INC.,**

    **Defendant.**
_____/

### STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Simon Harrington, and Defendant, EGS Financial Care Inc., f/k/a NCO Financial Systems, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case without prejudice. Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.

### CERTIFICATE OF COMPLIANCE OF LOCAL RULE 3.01(g)

I hereby certify that I have conferred with counsel for each Defendant about this Stipulation and that all parties consent to the relief requested herein.

    /s/ Brian L. Shrader
    Attorney

[signatures on next page]

Dated: August 30, 2017

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC**<br>612 W. Bay Street<br>Tampa, Florida 33606<br>Phone: (813) 360-1529<br>Fax: (813) 336-0832 | **SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC**<br>3350 Buschwood Park Drive, Suite 195<br>Tampa, Florida 33618<br>Phone: (813) 890-2469<br>Fax: (866) 466-3140 |
| /s/ Brian L. Shrader<br>**BRIAN L. SHRADER, ESQ.**<br>Florida Bar No. 57251<br>e-mail: bshrader@centroneshrader.com<br>**GUS M. CENTRONE, ESQ.**<br>Florida Bar No. 30151<br>e-mail: gcentrone@centroneshrader.com<br>**Attorneys for Plaintiff** | /s/ Ashley N. Rector<br>**ASHLEY N. RECTOR, ESQ.**<br>Florida Bar No. 0106605<br>e-mail: arector@sessions.legal<br>**DAYLE M. VAN HOOSE, ESQ.**<br>Florida Bar No. 0016277<br>e-mail: dvanhoose@sessions.legal<br>**Attorneys for Defendant** |

## CERTIFICATE OF SERVICE

I certify that on August 30, 2017, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Brian L. Shrader
Attorney